# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-02386-AHM* <br> BAP No. CC-11-1044 <br> Bk. No. LA 05-43980-AA | Date | August 1, 2011 |
|---|---|---|---|
| Title | In Re: SHANEL ANN STASZ | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court GRANTS Appellant's request for a waiver of filing fees. For good cause shown, the Court discharges its July 18, 2011 order to show cause.

This matter is remanded to the Bankruptcy Court.

| | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**

cc: **Bankruptcy Court**